# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 763 CAP |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Sentence entered February 28, |
| | : | 1994 in the Court of Common Pleas, |
| v. | : | Philadelphia County, Criminal |
| | : | Division at Nos. CP-51-CR- |
| | : | 1035061-1991.  (Nunc Pro Tunc |
| AARON JONES, | : | appeal rights reinstated on |
| | : | December 14, 2017.) |
| Appellant | : | |

## CONCURRING STATEMENT

**JUDGE DUBOW:**                                    **FILED:  September 21, 2020**

I join the *per curiam* order quashing this appeal pursuant to ***Commonwealth v. Reid,*** 752 CAP.  I write separately only to note that because former Justice Castille was not involved in the actual prosecution against Jones that resulted in the death sentence, ***Williams v. Pennsylvania***, ___ U.S. ___, 136 S.Ct. 1899 (2016), does not apply to this case.